IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IMAGINATION INTERNATIONAL, INC., an Oregon corporation, JOHN DARLAND, HILLARY DARLAND, and TAKUMA TAKAHARA, as shareholders of Imagination International, Inc.,

    Plaintiffs,

  v.

KABUSHIKI KAISHA TOO MARKER PRODUCTS, INC., a foreign corporation existing under the laws of Japan,

    Defendant.

Civ. No. 6:19-cv-00203-MK

ORDER

MCSHANE, Judge:

    Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 26), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although Plaintiffs did not file objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 26) is adopted. Plaintiffs' Motion to Vacate is denied.

1 – ORDER

IT IS SO ORDERED.

DATED this 18th day of June, 2020.

       /s/ Michael J. McShane       
Michael McShane
United States District Judge

2 – ORDER